THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Matter
 of the Care and Treatment of Wallace W. Jefferies, Appellant.
 
 
 

Appeal from Greenville County
 James C. Williams, Circuit Court Judge 

Unpublished Opinion No. 2008-UP-342
 Submitted July 1, 2008  Filed July 9,
2008    

APPEAL DISMISSED

 
 
 
 Lanelle C. Durant, Appellate Defender, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Attorney General R. Westmoreland Clarkson, and
 Assistant Attorney General Deborah R.J. Shupe, all of Columbia, for Respondent.
 
 
 

PER CURIAM: 
 After a jury trial, Wallace Jefferies was
 found to be a sexually violent predator under the Sexually Violent Predator
 Act.  He was committed to the Department of Mental Health for long term care,
 control, and treatment.  On appeal, Jefferies argues the trial
 court erred in allowing certified copies of his convictions to be submitted as
 evidence when he was willing to stipulate to those convictions.  After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967)
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss
 the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
 HEARN,
 C.J., CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.